**No. 09-9101. Timmie Ford, Petitioner v. United States.**

559 U.S. 1041, 130 S. Ct. 2073, 176 L. Ed. 2d 423, 2010 U.S. LEXIS 2810.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 352 Fed. Appx. 916.

**No. 09-9102. Jeriehmie J. Franetich, Petitioner v. United States.**

559 U.S. 1041, 130 S. Ct. 2073, 176 L. Ed. 2d 423, 2010 U.S. LEXIS 2903.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 344 Fed. Appx. 416.

**No. 09-9108. Clarence Allen Holt, Petitioner v. Minnesota.**

559 U.S. 1042, 130 S. Ct. 2073, 176 L. Ed. 2d 423, 2010 U.S. LEXIS 2892.

March 29, 2010. Petition for writ of certiorari to the Supreme Court of Minnesota denied.

Same case below, 772 N.W.2d 470.

**No. 09-9114. Craig Allan Williams, Petitioner v. Ricardo Martinez, Warden, et al.**

559 U.S. 1042, 130 S. Ct. 2073, 176 L. Ed. 2d 423, 2010 U.S. LEXIS 2833.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 388 U.S. App. D.C. 316, 586 F.3d 995.

**No. 09-9122. Daryl Dennison, Petitioner v. United States.**

559 U.S. 1042, 130 S. Ct. 2074, 176 L. Ed. 2d 423, 2010 U.S. LEXIS 2763.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 352 Fed. Appx. 658.

**No. 09-9126. Bryan Keith Shelton, Petitioner v. United States.**

559 U.S. 1042, 130 S. Ct. 2074, 176 L. Ed. 2d 423, 2010 U.S. LEXIS 2781.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9141. Charles Franklin Bogues, Petitioner v. Duane J. MacEachern, Superintendent, Massachusetts Correctional Institution at Shirley.**

559 U.S. 1042, 130 S. Ct. 2074, 176 L. Ed. 2d 423, 2010 U.S. LEXIS 2851.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.